IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-15

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>    Plaintiff,  )<br>    )<br>vs.    )<br>    )<br>15) ELIZABETH GABRIELLE MANN,  )<br>    )<br>    Defendant.  )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to File Under Seal Appendix A [Doc. 796].

The Defendant moves for leave to file an Appendix [Doc. 798], under seal in this case. [Doc. 796]. For grounds, counsel states that the appendix contains personal, sensitive and identifying information extracted from the discovery in the case. [Id.]. Counsel further states that filing a publicly available redacted version of the appendix is not feasible. [Id.].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives."

Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion on February 15, 2023, and such motion has been accessible to the public through the Court's electronic case filing system since that time. Further, the Defendant has demonstrated that the appendix contains sensitive information and that the public's right of access to such information is substantially outweighed by the Defendant's competing interests in protecting the details of such information. See United States v. Harris, 890 F.3d 480, 492 (4th Cir. 2018). Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the Addendum is necessary to protect the Defendant's interest in preventing the disclosure of this sensitive information.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to File Under Seal Appendix A [Doc. 796] is **GRANTED**, and the Appendix [Doc. 798] shall be filed under seal and shall remain under seal until further Order of this Court.

**IT IS SO ORDERED.**

Signed: March 6, 2023

Martin Reidinger
Chief United States District Judge